TIMOTHY S. CORY, ESQ.
FEDERAL BANKRUPTCY TRUSTEE
Nevada Bar No. 1972
8831 W. Sahara Ave
Las Vegas, Nevada  89117
Telephone: (702) 388-1996
tim.cory@corylaw.us

RECEIVED & FILED

AUG 26  12 18 PM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                  )   CHAPTER 7 BANKRUPTCY
                                        )   CASE NO.: BK-S-07-15996-LBR
                                        )
LAMASTERS, CASEY G.                     )
                                        )   **NOTICE OF UNCLAIMED FUNDS**
                                        )
Debtor(s).                              )   DATE:  N/A
                                        )   TIME:  N/A

TO:      **CLERK, UNITED STATES BANKRUPTCY COURT**

FROM:    **TIMOTHY S. CORY, TRUSTEE**

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the unclaimed funds shown on the attached Exhibit A, in the total amount of $9.11 are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

DATE: August 25, 2009

TIMOTHY S. CORY, TRUSTEE

NOTE: Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on check only.

Rcpt # 192275   $9.11

Printed: 08/03/09 10:35 AM

Page: 1

# Claims Distribution Small Checks

Trustee: **TIMOTHY S CORY, TRUSTEE (480190)**

Case: 07-15996 - LAMASTERS, CASEY G.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 3121982941.66 | 114 | 08/03/09 | | | | Payee: U.S. Bankruptcy Court | | | Check Amount: | $9.11 |
| | | | 8 | 05/09/08 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 437.16 | 437.16 | 4.21 | 4.21 |
| | | | 9 | 05/09/08 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 508.90 | 508.90 | 4.90 | 4.90 |

(*) Denotes objection to Amount Filed

EXHIBIT A